**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) 2:12-CR-174-MMD-(PAL) |
| PATRICK ONEAL GERVAIS | ) ) |
| Defendant. | ) ) |

**FINAL ORDER OF FORFEITURE**

On November 20, 2012, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and (a)(3), based upon the plea of guilty by defendant PATRICK ONEAL GERVAIS to criminal offense, forfeiting specific property alleged in the Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant PATRICK ONEAL GERVAIS pled guilty. Criminal Information, ECF No. 10; Plea Memorandum, ECF No. 12; Change of Plea Minutes, ECF No. 16; Amended Preliminary Order of Forfeiture, ECF No. 25.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 3, 2012, through December 2, 2012, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 29.

. . .

1    This Court finds no petition was filed herein by or on behalf of any person or entity and the
2    time for filing such petitions and claims has expired.
3    This Court finds no petitions are pending with regard to the assets named herein and the time
4    for presenting such petitions has expired.
5    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6    title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7    United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8    32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States
9    Code, Section 853(n)(7) and shall be disposed of according to law:

   1. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received; computer images, including movie and still image files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained;
   2. Acer laptop computer, serial number LXAKV0X935827126472500;
   3. Gateway computer, serial number 0040290047;
   4. Hitachi 2TB hard drive, serial number YAJDUXSV;
   5. Western Digital hard drive, serial number WD20000C033001; and
   6. Western Digital hard drive, serial number WX61A5026968T ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

. . .

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this <u>23rd</u> day of <u>January</u>, 2013.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Michelle C. Lewis, certify that the following individual was served with a copy of the Final Order of Forfeiture on January 22, 2013, by the below identified method of service:

E-mail/ECF

Paul Riddle
Federal Public Defender
411 E. Bonneville Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@FD.ORG
Counsel for Defendant Patrick Oneal Gervais

  /s/Michelle C. Lewis
Michelle C. Lewis
Paralegal Specialist

4